# United States District Court
## Violation Notice

CVB Location Code: **MD81**

Violation Number: **6785916**
Officer Name (Print): **Ridgeway**
Officer No.: **4026**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **02/03/2018**
Offense Charged: ☐ CFR ☑ USC ☐ State Code
**18 USC 13 1169**

Place of Offense: **2915 Long Loop Unit C Fort Meade, MD**

Offense Description / Factual Basis for Charge: **Child Endangerment**   HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: **Epps**
First Name: **Calvin**
M.I.: **A**

[Street Address redacted]

Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ____ Total Collateral Due

### YOUR COURT DATE

Court Address: **TBD**
Date (mm/dd/yyyy): **TBD**

X Defendant Signature: ____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Feb 02**, 20**18** while exercising my duties as a law enforcement officer in the **Fort Meade**, District of **Maryland**

AT 2141 HRS. I WAS DISPATCHED TO 2915 LONG LOOP UNIT C, FORT MEADE, MD 20755 FOR AN ASSAULT. THE VICIM McGOWAN, KAITLIN STATED THAT EPPS, CALVIN TRIED TO RESTRAIN HER FROM TOUCHING HIS THINGS WHILE THERE SON EPPS, CARTER WAS IN HER ARMS ALMOST CAUSEING THE BABY TO HIT HIS HEAD ON THE CLOSET DOOR.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/03/18**   Officer's Signature: *Nicholas Ridgeway*

Probable cause has been stated for the issuance of a warrant.

Executed on: ____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident